# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

* * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL N0: 01-40082 |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF COURT</u> |
| | ) | |
| vs. | ) | DATE:5/23/2011 |
| | ) | |
| Richard C. Rentfro, | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT:  J. PHIL GILBERT, DISTRICT JUDGE

DEPUTY CLERK: K. Jane Reynolds          COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S) N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS: (X )

PROCEEDINGS:

TIME:

   This matter is before the court on the defendant's Motion to Continue (doc. # 154).

   The Court has reviewed and considered the aforementioned motion and hereby GRANTS the motion to continue.

   It is hereby ORDERED that this matter is STRICKEN from the 6/3/2011 docket and reset for hearing on the Motion to Revoke on 6/28/2011 at 10:30 a.m. in Benton, IL.

NANCY ROSENSTENGEL,  CLERK

By: s/ K. Jane Reynolds
Deputy Clerk